JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALISHA MONIQUE JORDAN, | Case No. CV 21-4867 PVC |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL PALLARES, Acting Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 6, 2022

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE